JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,** <br><br> Plaintiff, <br><br> vs. <br><br> **HSTLR CORP, a Colorado Corporation, PAOLA E. LINARES, an Individual, and DOES 1-5**, <br><br> Defendants. | Case No.: 2:18-cv-00865-CAS(Ex) <br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER AGAINST DEFENDANTS HSTLR CORP AND PAOLA E. LINARES** |

**Plaintiff LFP IP, LLC ("Plaintiff") and Defendants HSTLR CORP, a Colorado Corporation, and Paola E. Linares, Individual (collectively, "Defendants") stipulate, consent and agree to the following:**

WHEREAS, Plaintiff commenced this action on February 2, 2018, by filing a Complaint against Defendants bringing claims for trademark infringement and unfair competition under the Lanham Act; and

**CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER**

**1**

WHEREAS, Plaintiff and Defendants stipulated to the permanent injunction set forth below and agreed to a written settlement agreement (the "Settlement Agreement"); and

WHEREAS, the Defendants acknowledge and agree that Plaintiff is the owner of the registered HUSTLER® trademarks set forth in the Complaint; and

WHEREAS, the parties agree that this Court has subject-matter and personal jurisdiction over the Defendants; and

WHEREAS, the parties hereto understand and agree that this Stipulation and Consent Judgment and Permanent Injunction Order shall be made a part of, and is expressly incorporated into, the Settlement Agreement; and

WHEREAS, the parties agree that the Consent Judgment and Permanent Injunction Order below will constitute the final judgment in this matter;

NOW, with the consent of Plaintiff and Defendants, and after due deliberation:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED that:**

1. Effective as of March 16, 2018, Defendants HSTLR CORP, a Colorado Corporation, and Paola E. Linares, together with their officers, directors, principals, partners, agents, associates, joint ventures, subcontractors, employees, subsidiaries, successors, assigns, licensees and related companies or entities, and all others acting in concert or participating with them or with actual notice of this Order are hereby **permanently enjoined and restrained** from using the HUSTLER mark, the "HSTLR" mark and any confusingly similar variation thereof, in connection with the sale or marketing of apparel items, including but not limited to t-shirts, sweatshirts, baseball caps, hats, dresses and lingerie;

2. This Consent Judgment and Preliminary Injunction Order is binding upon and shall inure to the benefit of the parties and their respective affiliates, predecessors, successors, assigns, licensees, manufacturers, heirs and personal

representatives and distributors and their respective partners, directors, officers, members, employees, attorneys, and agents;

3. Subject to the foregoing Consent Judgment and Permanent Injunction Order, the above-captioned action is hereby dismissed without prejudice; and

4. Each Party to this action shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: March 19, 2018

_____
United States District Court Judge

**CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER**
**3**

The Parties hereby STIPULATE, CONSENT and AGREE to the foregoing:

February __, 2018

_____
Jonathan W. Brown, Esq.
Lipsitz Green Scime Cambria LLP

Mark S. Hoffman, Esq.
Law Offices of Mark S. Hoffman, Prof. Corp.

**Attorneys for Plaintiff LFP IP, LLC**

February 23, 2018

**HSTLR CORP, A Colorado Corporation**

By: _Harry Sutton_____
   Harry Sutton
Title: **CFO**

By: _____
   Parminder Gyani
Title: **Vice-President**

_____
**Paola E. Linares, Defendant**

---

**CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER**

5